**No. 53116.**—London & Co., Inc. *v.* United States, protests 112588–K, etc. (New York).

Opinion by Ekwall, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained. The protests were overruled in all other respects.